JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| WANGPING DU AND YI LIU, | No. CV 20-6860 FMO (SK) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES (USCIS), ET AL., | |
| Defendants. | Honorable Fernando M. Olguin<br>United States District Judge |

1  Based on the Stipulation of Dismissal presented by the parties and for good cause
2  shown,
3  IT IS HEREBY ORDERED that the above-captioned action is dismissed in its
4  entirety. Each party shall bear his, her or its own costs, attorneys' fees and expenses.

Dated:  6-17-21

/S/
_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1